IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OMAR FULTON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-2563 |
| | : | |
| SCI CHESTER | : | |
| JOHN WILLIAMS | : | |

### ORDER

**NOW**, this 10th day of June, 2016, upon consideration of plaintiff's motion for to proceed *in forma pauperis* (Document No. 1) and his complaint, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The plaintiff shall pay the filing fee of $350.

3. Based on the financial information provided by plaintiff, he is not assessed an initial partial filing fee. The Superintendent or other appropriate official at the State Correctional Institution at Fayette or at any other prison at which plaintiff may be incarcerated shall deduct from plaintiff's inmate trust fund account, each time that plaintiff's inmate trust fund account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount, to be credited to Civil Action Number 16-2563, to the following address:

> Clerk of the United States District Court
> for the Eastern District of Pennsylvania
> 601 Market Street, Room 2609
> Philadelphia, Pennsylvania 19106

4. The complaint is **DISMISSED.** Plaintiff's federal claims are **DISMISSED with prejudice** and his state law claims are **DISMISSED without prejudice** for lack of subject matter jurisdiction.

5. The Clerk of Court is directed to forward copies of this Order to the Superintendent of the State Correctional Institution at Fayette and the plaintiff.

6. The Clerk of Court shall **CLOSE** this case.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.

Case 2:16-cv-02563-TJS   Document 3   Filed 06/10/16   Page 3 of 3